IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| MIDWEST RACKING | ) | |
| MANUFACTURING, INC., | ) | 07-31110 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| DONALD M. SAMSON, TRUSTEE, | ) | Adv. 09-3149 |
| | ) | Adv. 09-3151 |
| Plaintiff, | ) | Adv. 09-3152 |
| | ) | Adv. 09-3153 |
| v. | ) | (Administratively Consolidated) |
| | ) | |
| MICHAEL SABADOS, SR., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Trustee's Application to Approve Settlement.

No objections were filed. The Court, being fully advised, GRANTS the Application. IT IS

ORDERED that the settlement as set forth in the Trustee's Application and exhibit thereto is

APPROVED.

Counsel for the moving party shall serve a copy of this Order by mail to all interested

parties who were not served electronically.

ENTERED: May 20, 2011

/s/ Kenneth J. Meyers
_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

Samson,

     Plaintiff

Adv. Proc. No. 09-03152-kjm

Sabados,

     Defendant

## CERTIFICATE OF NOTICE

| District/off: 0754-3 | User: ki | Page 1 of 1 | Date Rcvd: May 24, 2011 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 7 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
```
dft          +Anna Sabados,   915 Fairway Park Dr,   Suite 2,   Madison, IL 62060-1902
pla          +Donald M Samson,   226 W Main St,   Suite 102,   Belleville, IL 62220-1504
dft           Metro Fabricators Inc,   905 Industrial Avenue,   Madison, IL  62060
dft          +Michael Sabados Jr,   15009 Manchester Road,   Suite 179,   Ballwin, MO 63011-4626
dft          +Michael Sabados, Sr,   915 Fairway Park Dr,   Suite 2,   Madison, IL 62060-1902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov May 24 2011 18:01:23     Rebecca Hammer Schermann,
              Office of the US Trustee,   401 Main St,   Suite 1100,   Peoria, IL 61602-1241
ust          +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov May 24 2011 18:01:23     United States Trustee,
              Becker Bldg, Room 1100,   401 Main St,   Peoria, IL 61602-1267
```
                                                                                                              TOTAL: 2

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**　　　　　　　　**Signature:**　_____